CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES KEENER PARKER,** | ) | CASE NO. 7:16CV00508 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **NEW RIVER VALLEY REGIONAL JAIL,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous, and this action is stricken from the active docket of the court.

ENTER: This 23rd day of November, 2016.

/s/ Glen E. Conrad
Chief United States District Judge